In Re:  John Paul "Pops" Turner
        Case Nos. 95-0946-R to 7:08CV594

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

MAR 04 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

John Paul "Pops" Turner
CPO, U.S. Navy Retired
2232 Hankey MT HWY
Churchville, VA 24421-2814
540-337-6293

v.

Case No. 7:09-cv-00073

President Barack H. Obama
 & Commander of the U.S. Armed Forces
The White House
1600 Pennsylvania Ave., NW
Washington, DC 20500

Chairman Larry C. Howdyshell
Augusta County Board of Supervisors
 & North River District Supervisor
18 Government Center Lane
Verona, VA 24482

Request to Re-Open
and/or
COMPLAINT

Motion for Leave to File IFP and Certificate of Compliance

President and Commander Obama, respondent:

The Appendix (A) "deeply appreciated" commendation on the be-
half of the U.S. President and Commander in Chief of the U.S. Armed
Forces is not genuine. I was transferred to Military Retirement
without Pay in 1994 but with an obligation to report for mobilization
if ordered. I was condemned to be a violent drug offender for the
rest of my life and stripped of all my civil rights by the Common-
wealth of Virginia because of my 1995 felony drug conviction. My
Appendix (B) "Praise Obama" and its unlawful activity is authentic.

Chairman and Supervisor Howdyshell, respondent:

The County of Augusta has been bias-penalizing me by prohibiting
me from voting at his as well as my North River District voting poll

1

while still requiring me to pay taxes on the land I inherited. It
has moved to increase my property tax by 500% while denying me land
use tax assistance, meaning that it has already taken away from me
my civil rights and my right to farm my property as my only earned
income since 1993 will be next. My felony has already prevented me
from obtaining any of the mostly government employment I once had.
The Augusta County Department of Social Services did not start its
bias-penalization of me when it denied me my food stamps in 1996 and
continued to do so for 8 years--because it had in 1996 miscalculated
my annual 1994-1998 Navy annuity to be that of $26,000 rather than
its correct yearly amount of $2,300 and continued to do so up until
2004 which is when I finally got them. It started its bias-penalization
of me in 1992 when it denied me my 5-points veterans preference for
employment purposes. Its August 25, 1992 explanation to me by letter
of this denial was that it does not use numerial scores in its em-
ployment screening process.

## In Summary

All of my servicing county, city, state and federal courts have
denied or ignored my requests for permission to proceed in each
court free-of-charge as a veteran suing to establish reemployment
rights under Rule 40 of the U.S. Supreme Court, but my 99-029 under-
lying district court did take judicial notice of my attempting to
acquire the 10 USC 1074(b) military-retired medical benefits I was
requesting in a favorable way to me. When I was presenting my
civil and criminal claims or mandamus petition to my 99-148 Augusta
County Circuit Court, the counsel for the government (who is now
State Del. Mark D. Obenshain) pursuaded Judge Thomas H. Wood to slap

2

me with a $1,200 sanction for making a jacketed courtroom appearance with what they said was a frivolous lawsuit. The Virginia Supreme Court vacated their order against me, of course.

## Relief Sought

Help stop the schizoid treatment of me by the government by permitting me to proceed free-of-charge as a veteran suing to establish reemployment rights, also under 10 USC 1074(b) and the "government's duty to assist me" 38 USC 5103(a) Veteran Claims Assistance Act; and also to perfect my Appendix (C) and Appendix (D) replies-back that the Appendix (E) "unable to locate" record, on which my 1995 felony conviction was based, was fraudulent or a mistake; and also as a simple someone who began circa 1988, and in 95-09 in this instant Federal Court, posing a college-like social service statistical question of whether Veterans Preference and Legal Marijuana exist or non-exist.

## My IFP Affidavit

I have no job, no home and no vehicle. My 2008 self-employment was $434. I get government food stamps. I own land at $5,700 (unless another "0" added to it was not a typo). I am in debt to Genworth Financial for over $4,200.00.

## Certificate of Service

On today's date I mailed a complimentary copy of this petition to President Obama and Chairman Howdyshell.

John Paul "Pops" Turner 3-2-09

John Paul "Pops" Turner
CPO, U.S. Navy Retired
2237 Hankey MT HWY
Churchville, VA 24421-2814
540-337-6793

3



USA FIRST-CLASS FOREVER



CHARLOTTESVILLE VA 22
PM
03 APR

Mr. John Turner
2237 Hankey Mountain Hwy
Churchville, VA 24421

Clerk
U.S. District Court for
the W.D. of Virginia
P.O. Box 1234
Roanoke, VA 24006

2400671234 B001