CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

MAR 0 5 2009

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN PAUL TURNER, | ) | |
| Plaintiff, | ) | Civil Action No. 7:09cv 00073 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| PRESIDENT BARACK OBAMA, et al., | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

Plaintiff John Paul Turner, proceeding pro se, attempts to file this patently frivolous civil action against President Barack Obama and Augusta County Board of Supervisors Chairman Larry Howdyshell without prepayment of filing fees. The court liberally construes this filing as containing a request to proceed in forma pauperis. Upon consideration of his complaint and his request to proceed in forma pauperis, it is hereby **ORDERED** that Turner's request to proceed in forma pauperis is **GRANTED**, but the case is sua sponte **DISMISSED** without prejudice because it is patently frivolous. See 28 U.S.C. § 1915(e)(2)(B)(ii) (stating that a court may "at any time" dismiss an action brought in forma pauperis is the action is "frivolous or malicious").

**ENTER:** This 5th day of March, 2009.

_____
United States District Judge